**Gavin S. Barney** (OR #163382)
barney@hmnlaw.com
**HILDEBRAND MCLEOD & NELSON**
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
Tel: (510) 451-6732

**James H. Kaster\*** (MN #53946, WI #1001474)
kaster@nka.com
**Lucas J. Kaster\*** (MN #396251)
lkaster@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
*\*admitted pro hac vice*

Attorneys for Plaintiff Miguel Munoz

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **MIGUEL MUNOZ** | Case No. 2:21-cv-00186-HZ |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL** |
| **UNION PACIFIC RAILROAD COMPANY**, a Delaware Corporation | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Miguel Munoz and Defendant Union Pacific Railroad Company, through their undersigned attorneys, that the above-entitled claim against Defendant Union Pacific Railroad Company hereby be dismissed with prejudice and without costs or disbursement to any of the parties.

*Joint Stipulation for dismissal*                 1

IT IS FURTHER STIPULATED that, without further notice, a judgment of dismissal with prejudice and without costs or disbursement to any of the parties to this stipulation may be entered herein.

|  |  |
|---|---|
| | **NICHOLS KASTER, PLLP** |
| Date: June 21, 2023 | s/James H. Kaster |
| | James H. Kaster* (MN #53946) |
| | kaster@nka.com |
| | Lucas J. Kaster* (MN #396251) |
| | lkaster@nka.com |
| | 4700 IDS Center |
| | 80 S. 8th Street |
| | Minneapolis, MN 55402 |
| | Tel: (612) 256-3200 |
| | *admitted pro hac vice* |
| | |
| | **HILDEBRAND MCLEOD & NELSON** |
| | Gavin Barney (OR #163382) |
| | barney@hmnlaw.com |
| | 350 Frank H. Ogawa Plaza, 4th Fl |
| | Oakland, CA 94612 |
| | Tel: (510) 451-6732 |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | |
| Date: June 21, 2023 | **COZEN O'CONNOR** |
| | |
| | s/William H. Walsh |
| | William H. Walsh, OSBA #106774 |
| | wwalsh@cozen.com |
| | Suite 1900, 999 3rd Ave |
| | Seattle, WA 98104 |
| | Tel: 206.340.1000 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this June 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

William Walsh
wwalsh@cozen.com

Connor D. Rowinski
crowinski@cozen.com

Date: June 21, 2023                              s/Sherick Francois
                                                 Sherick Francois, Legal Assistant